### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| **JOAN H. REIFF** | § |
| | § |
| | § |
| **V.** | §     **CIVIL ACTION NO.** |
| | § |
| **CANDIDO HERRERA ESQUIVEL** | § |
| **TRANSPORTES CADEGA, S.A. de C.V.** | §     **JURY DEMANDED** |

## APPLICATION AND NOTICE OF REMOVAL

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to 28 U. S. C. §§ 1332(a), 1441, and 1446, and Rule 81 of the local rules for the Southern District of Texas, Defendant **TRANSPORTES CADEGA, S.A. de C.V.** ("Applicant") files this Application and Notice of Removal and in support thereof would show the Court the following:

This Honorable Court has subject matter jurisdiction over this civil cause of action pursuant to 28 U.S.C. 1332(a)(2). It is a civil action where the matter in controversy exceeds the sum or value of $75,000. It is between citizens of a State and a citizen or subject of a foreign state. This notice of removal is filed within 30 days after the receipt by Defendant of a copy of Plaintiff's initial pleading.

**I.**

1. Plaintiff, JOAN REIFF, filed her *Plaintiff's Original Petition* in a cause of action against Defendants, TRANSPORTES CADEGA, S.A. de C.V. and CANDIDO HERRERA ESQUIVEL, in the 404th Judicial District Court in Cameron County, Texas, Cause No. 2023-DCL-04928-D.

2. Defendant Transportes Cadega, SA de CV was served with Plaintiff's Original Petition on August 3, 2023, and answered on August 25, 2023. Defendant Candido Rivera Esquivel has not been served.

3. Pursuant to 28 U.S.C. § 1446, this notice of removal is filed within 30 days after the receipt by Defendant Transportes Cadega, SA De CV of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

## II.

4. Removal is based upon diversity jurisdiction under 28 U.S.C. § 1332(a)(2) because it is a civil action between citizens of a State and a company of a foreign state.

5. The action described in paragraph 1 arises from a motor vehicle incident that occurred in Cameron County, Texas on or about June 30, 2023. Defendant pleads that this Court has subject matter jurisdiction over this action, because Plaintiff seeks damages in excess of this Court's minimum jurisdictional limits and the lawsuit arises out of events or omissions that occurred in Cameron County. This case is being removed to the district and division from where the State court action was pending.

6. Based upon information and belief, according to Plaintiff's petition, Plaintiff Joan Reiff is resident and domiciled in the State of Texas.

7. Defendant Transportes Cadega, SA De CV. is a is a company domiciled in Cadereyta Jimenez, Nuevo Leon, Mexico. Defendant, Candido Herrera Esquivel is a resident of a foreign country. Mr. Herrera is a Mexican citizen and resident.

8. The amount in controversy exceeds $75,001.00.

## III.

9. Pursuant to Rule 81 of the Local Rules of the Southern District of Texas, Applicant would show the following:

    a. Plaintiff: Joan Reiff

    b. Defendant: Transportes Cadega S.A. de C.V.

    c. Defendant: Candido Herrera Esquivel

    d. Status of service of process: Transportes Cadega, SA de CV answered on August 25, 2023.

    e. Status of Service of Process: Defendant Candido Herrera Esquivel has not been served.

    f. Counsel for each party is as follows:

Counsel for Plaintiff Joan Reiff:

Lenore Shefman
State Bar No. 24054513
4131 Spicewood Springs Rd., Ste. A-6
Austin, Texas 78759
Telephone: (512) 386-8117
Facsimile: (512) 476-1500
E-mail: team@cyclistlaw.com

Counsel for Defendant Transportes Cadega, SA de CV.

Joe Reyna
State Bar No. 24002826
Federal Bar No. 3182809
Tamara L. Rodriguez
State Bar No. 00791647
Federal Bar No. 18972
Vidaurri, Lyde, Rodriguez & Haynes, LLP
202 North 10th Avenue
Edinburg, TX 78541
Telephone: 956-381-6602
Facsimile: 956-381-0725

    g. A jury was demanded by Defendant Transportes Cadega, S.A. de C.V. in the state district court, and the jury fee was paid.

    h. Name and address of court from which the case is being removed:

       404th Judicial District Court
       Cameron County
       Brownsville, Texas

10.    Pursuant to Local Rule 81, a copy of all pleadings asserting causes of action and all answers to such pleadings, a copy of all orders signed by the state judge, a copy of the docket sheet, and an index of the matters being filed are attached hereto.

WHEREFORE PREMISES CONSIDERED, Applicant prays that the above action now pending in the 404th Judicial District Court of Cameron County, Texas, Cause No. 2023-DCL-03631, be removed to this Court pursuant to Rule 28 U.S.C. §1332 and Rule 81 of the Local Rules of the Southern District of Texas and that Applicant may have such other and further relief at law or in equity to which it may show itself justly entitled.

Respectfully submitted,

By: _____
    Joe Reyna
    State Bar No. 24002826
    Federal Bar No. 3182809
    Tamara Rodriguez
    State Bar No. 00791647
    Federal Bar No. 18972
    Attorneys for Defendant

Of Counsel:
Vidaurri, Rodriguez & Reyna, LLP
202 North 10th Avenue
Edinburg, Texas 78541
Telephone: 956-381-6602

Facsimile: 956-381-0725
Email: jreyna@vrrtxlaw.com
trodriguez@vlrhlaw.com
Attorneys for Defendant
Transportes Cadega, SA DE CV

**CERTIFICATE OF SERVICE**

   This is to certify that a true and correct copy of the above and foregoing Application and Notice of Removal has been forwarded to opposing counsel on this the 5th day of September 2023, as follows:

**VIA E-SERVICE:** team@cyclistlaw.com
Lenore R. Shefman
Shefman Law Group
4131 Spicewood Springs Road
Suite A-6
Austin, Texas 78759
*Attorneys for Plaintiff*

**VIA E-SERVICE**: joanhreif@sbcglobal.net
Joan Reiff
PO Box
Rio Hondo, TX 78583

              _____
              Joe Reyna